

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00488-CV

Robert **DUNLAP,**
Appellant

v.

Charles **TROIS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
The Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On September 12, 2019, this court ordered appellant to file a response with a reasonable explanation stating why he filed his notice of appeal late. Appellant timely filed a response, stating he filed his notice of appeal late "due to incorrect contact information on record" with the trial court. On September 24, 2019, appellee filed a motion to dismiss, arguing appellant's response is insufficient and appellant has not paid the filing fee or filed a docketing statement or reporter's record. On September 26, 2019, appellant filed a response, again stating he did not receive notice of the final judgment because he did not update his contact information with the trial court clerk and he paid this court's filing fee. Our records reflect appellant paid the filing fee on August 26, 2019. After consideration, appellee's motion to dismiss this appeal is **DENIED**.

The reporter's record was originally due August 12, 2019. Neither the record nor a notification of late record has been filed. We therefore **ORDER** the court reporter to file the reporter's record by **November 7, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.



LUZ ESTRADA,
Chief Deputy Clerk